IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DOLORES KOCAREK and <br> MIRO KOCAREK <br><br>            Plaintiffs, <br><br> v. <br><br> BAYER CORPORATION; <br> BAYER AG; <br> GLAXOSMITHKLINE, PLC; <br> GLAXOSMITHKLINE; <br> SMITHKLINE BEECHAM <br><br>            Defendants. | : <br> : <br> :   CIVIL ACTION NO. 02-CV-4110 <br> : <br> : <br> : <br> : <br> :   ENTRY OF APPEARANCE <br> : <br> : <br> : <br> : <br> : |

## **ENTRY OF APPEARANCE**

To the Clerk of the Court:

      Kindly enter the appearances of Hope S. Freiwald, Aline Fairweather, Erin Brennan and Kirstin J. Miller as attorneys for defendant GlaxoSmithKline PLC.

Respectfully Submitted,

_____      _____

Hope S. Freiwald                                 Aline Fairweather

_____      _____

Erin Brennan                                        Kirstin J. Miller

DECHERT PRICE & RHOADS
4000 Bell Atlantic Tower
1717 Arch Street
Philadelphia, PA  19103-2793
(215) 994-4000